IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) EUREKA MARINE PRODUCTS CO. OF ) PUERTO RICO, INC., *d/b/a* EUREKA ) MARINE PRODUCTS ) ) Defendant. ) ) | CIVIL NO.: 06-1344 (FAB) |

## PLAINTIFF EEOC'S MOTION TO STRIKE DOCKET ENTRY 28

Plaintiff, United States Equal Employment Opportunity Commission ("EEOC") hereby moves this Court to strike Docket Entry 28, Motion for Default Entry, from the Docket. Docket Entry 28 was filed in error. The correct Motion for Default Entry was filed today with the Court. (DE 29).

Dated: December 7, 2007

    Respectfully submitted,

    RONALD S. COOPER
    General Counsel

    JAMES LEE
    Deputy General Counsel

    GWENDOLYN YOUNG REAMS
    Associate General Counsel

    NORA E. CURTIN
    Regional Attorney

    MARIA KATE BOEHRINGER
    Supervisory Trial Attorney

/s/ Jessica L. Jiménez
JESSICA L. JIMÉNEZ
Bar No. G00411
Trial Attorney
EEOC
Miami District Office
One Biscayne Tower, Suite 2700
2 Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 808-1783
Facsimile:  (305) 808-1835
Jessica.jimenez@eeoc.gov